# IN THE SUPREME COURT OF THE STATE OF NEVADA

EAGLE INVESTORS,
Appellant,
vs.
BANK OF AMERICA, N.A.; AND
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
Respondents.

No. 70740

**FILED**

SEP 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DECLINING CERTIFIED QUESTION

This matter involves a legal question certified to this court under NRAP 5, by the United States District Court for the District of Nevada. Specifically, the U.S. District Court certified the following question to this court:

> Does the rule of *SFR Investments Pool I, LLC v. U.S. Bank, N.A.*, 334 P.3d 408 (Nev. 2014) that foreclosures under NRS 116.3116 extinguish first security interests apply retroactively to foreclosures which occurred prior to the date of that decision?

We recently answered the same certified question in another case. Specifically, in *K&P Homes v. Christiana Trust*, 133 Nev., Adv. Op. 51 (July 27, 2017), we held that our decision in *SFR Investments* applies to foreclosures that occurred before that case was decided as that decision

17-30351

merely interpreted an existing statute and did not create new law or overrule precedent. We therefore decline to answer the question in this matter and direct the district court to *K&P Homes*. *See* NRAP 5(a).

It is so ORDERED.

_____, C.J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:     Ayon Law, PLLC
        Maier Gutierrez & Associates
        Akerman LLP/Las Vegas
        Clerk, United States District Court for the District of Nevada

